IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HECTOR ROSALES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-15-76-R ) ) |
| ASI CONSTRUCTORS, INC., | ) ) |
| Defendant. | ) |

**STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff, Hector Rosales, and Defendant, ASI Constructors, Inc., through their undersigned counsel, stipulate to the dismissal of the above-captioned case, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties respectfully request this case be dismissed with prejudice, each side to bear its own costs and fees, and that all settings be vacated. The parties have filed herewith a proposed Order granting the parties' stipulated dismissal with prejudice.

Respectfully submitted this 9th day of October, 2015.

| BROWN & GOULD , PLLC | SHERMAN & HOWARD L.L.C. |
|---|---|
| */s/ Dane J. Flesch*<br>Tony Gould, OBA #18564<br>Dane J. Flesch, #31841<br>136 N.W. 10th, Suite 200<br>Oklahoma City, OK  73103<br>Tele:  (405) 235-4500<br>Fax:   (405) 235-4507<br>tgould@browngouldlaw.com<br>dflesch@browngouldlaw.com<br><br>Attorneys for Plaintiff | /s/  *Glenn H. Schlabs*<br>Glenn H. Schlabs, #18222<br>90 S. Cascade, Suite 1500<br>Colorado Springs, CO 80903<br>Tele:  (719) 475-2440<br>Fax:   (719) 635-4576<br>gschlabs@shermanhoward.com<br><br>Jeremy Tubb. OBA #16739<br>Matthew S. Panach, OBA #22262<br>Fuller Tubb Bickford & Krahl PLLC<br>201 Robert S. Kerr, Suite 1000<br>Oklahoma City, OK  73102<br>Tele:  (405) 235-2575<br>Fax:   (405) 232-8384<br>jeremy.tubb@fullertubb.com<br>panache@fullertubb.com<br><br>Attorneys for Defendant |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of October, 2015, I electronically filed the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing via email to the following:

Tony Gould, OBA #18564
Dane J. Flesch, #31841
136 N.W. 10th, Suite 200
Oklahoma City, OK  73103
tgould@browngouldlaw.com
dflesch@browngouldlaw.com

Glenn H. Schlabs, #18222
Sherman & Howard L.L.C.
90 S. Cascade, Suite 1500
Colorado Springs, CO 80903
gschlabs@shermanhoward.com

Jeremy Tubb. OBA #16739
Matthew S. Panach, OBA #22262
Fuller Tubb Bickford & Krahl PLLC
201 Robert S. Kerr, Suite 1000
Oklahoma City, OK  73102
jeremy.tubb@fullertubb.com
panache@fullertubb.com

                                           *s/ Heather D. Kelley*
                                           Heather D. Kelley, Legal Secretary