IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HECTOR ROSALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-15-76-R |
| | ) |
| ASI CONSTRUCTORS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE

This matter comes before this Court on the parties' Stipulated Dismissal with Prejudice. This Court, having reviewed the file and being duly advised of the premises, hereby ORDERS that this action be dismissed with prejudice. All settings in this matter are hereby VACATED and each party is ORDERED to bear their own costs and fees.

DATED this 9th day of October, 2015.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE